IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-616 (SLR) |
| | ) |
| EMC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL OF CO-COUNSEL

PLEASE TAKE NOTICE that Yutian Ling of ROPES & GRAY LLP hereby withdraws his appearance for Defendant EMC Corporation ("EMC") effective immediately. EMC will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and ROPES & GRAY LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

OF COUNSEL:

*Attorneys for Defendant*

Jesse J. Jenner
Khue V. Hoang
Todd Simpson
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

March 14, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 14, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alexander C.D. Giza, Esquire<br>Marc A. Fenster, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)